**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Rosendo GARZA, Jr., also known as**
**Bubba, Defendant-Appellant.**

**No. 12-30798**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2013.

Josette Louise Cassiere, Assistant U.S. Attorney, James G. Cowles, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff-Appellee.

Rosendo Garza, Jr., McKinney, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rosendo Garza, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Eric Bullard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Bullard has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.